UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA NEFF SOLIS, and<br>J.S.S. (Minor)<br><br>               Plaintiffs,<br>   v.<br><br>LEE FRANCIS CISSNA, et al.,<br><br>               Defendants. | Case No. C19-1316 RSM-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for February 7, 2020 |

This matter comes before the Court on the parties' Stipulated Motion for Order of Dismissal (Dkt. 9). The parties inform the Court that this action is now moot and stipulate to the request that the Court dismiss this action with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action by filling a stipulation of dismissal signed by all parties who have appeared. Accordingly, based on the stipulated motion by all parties, and in accordance with Federal Rule of Civil Procedure 41(a)(1), the undersigned recommends that the Court grant the parties' motion and dismiss this action with prejudice. The parties have also stipulated that there will be no costs or fees awarded, and the Court should accept that stipulation as part of it's Order.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule

REPORT AND RECOMMENDATION - 1

of Civil Procedure (FRCP) 72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **February 7, 2020**, as noted in the caption.

Dated this 7th day of January, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2