UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA NEFF SOLIS, and J.S.S. (Minor)<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>LEE FRANCIS CISSNA, et al.<br><br>　　　　　　　　　Defendants. | Case No. C19-1316 RSM-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the parties' stipulated motion for order of dismissal is GRANTED;

(3) plaintiffs' complaint is DISMISSED with prejudice and without any award of fees or costs; and

(4) the Clerk is directed to send copies of this Order to the parties and to Magistrate Judge Theresa L. Fricke.

Dated this 8 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1